## COHEN v. WEILL.

(Supreme Court, Appellate Term.  December 26, 1900.)

COSTS—EXPENSE OF TRANSCRIPT.
   It is error to tax the expense of a transcript of the stenographer's notes, furnished the trial court by the plaintiff, as a part of plaintiff's costs.

Appeal from municipal court, borough of Manhattan, Seventh district.

Action by George Cohen against Benjamin Weill.  From a judgment in favor of the plaintiff, the defendant appeals.  Modified and affirmed.

See 65 N. Y. Supp. 695.

Argued before BEEKMAN, P. J., and GIEGERICH and O'GORMAN, JJ.

J. P. Donnelly, for appellant.
A. Furber, for respondent.

PER CURIAM.  We see no reason, upon the merits of the case, to reverse the judgment of the court below.  The trial justice, however, erred in allowing to the plaintiff, as part of his costs, the expenses incurred by the latter in obtaining the transcript of the stenographer's minutes which was furnished to the court below.  This disbursement amounted to $35.80.  The judgment will therefore be modified by deducting this amount therefrom, and as so modified will be affirmed, without costs.

Judgment modified accordingly, and as so modified affirmed, without costs.